J. Leah Castella, (SBN 205990)
E-mail: lcastella@bwslaw.com
Chad W. Herrington, (SBN 267269)
E-mail: cherrington@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Bruce Reed Goodmiller (SBN 121491)
Email: bruce_goodmiller@ci.richmond.ca.us
Shannon L. Moore (SBN 243634)
Email: shannon_moore@ci.richmond.ca.us
City of Richmond, City Attorney's Office
450 Civic Center Plaza
Richmond, CA 94804
Tel: 510.620.6509   Fax: 510.620.6518

Attorneys for Defendant
CITY OF RICHMOND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WILLIAMS; and A&D TOWING,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND; and ROES 1 through 20,<br><br>Defendants. | Case No. C 13-01261 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND SET ALTERNATIVE BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 16-2(e), Defendant City of Richmond ("City") and Plaintiffs Bruce Williams and A&D Towing (collectively "Plaintiffs") hereby stipulate to and request an order from this Court continuing the parties' Case Management Conference.

The parties have agreed to a hearing date of Thursday, January 23, 2014, at 11:00 a.m. for the City's previously filed Motion for Summary Judgment. Currently, a Case Management Conference in this matter is set for October 30, 2013. The parties stipulate and agree, and request that this Court continue the Case Manage Conference to coincide with the hearing on the Motion

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4830-7766-0437 v1

- 1 -

MOTION FOR RELIEF FROM SCHEDULE
CASE NO. C13-01261 DMR

for Summary Judgment on Thursday, January 23, 2014, at 11:00 a.m. A joint case management statement shall be filed by the parties one week prior to the Case Management Conference.

Further, pursuant to the "Commentary" accompanying Local Rules 7-2 and 7-3, the parties agree and stipulate to an alternative briefing schedule on Defendant's Motion for Summary Judgment. The briefing and hearing schedule agreed to and stipulated by the parties is as follows:

- Friday, December 20, 2013: Plaintiff's Opposition to City's Motion for Summary Judgment due
- Thursday, January 9, 2014: Defendant's Reply to Plaintiff's Opposition due
- Thursday, January 23, 2014, 11:00 a.m.: Hearing on City's Motion for Summary Judgment

The parties agree that the hearing date on City's Motion for Summary Judgment may only be continued by the City, by stipulation of the parties, or *sua sponte* action by the court. Plaintiffs shall be permitted to motion this Court for a continuation of the hearing date on the City's Motion for Summary Judgment.

So stipulated:

Dated: August 8, 2013

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
J. Leah Castella
Chad W. Herrington
Attorneys for Defendant
CITY OF RICHMOND

Dated: August ___, 2013

By: _____
Scott E. Jenny
Howard Mencher
Attorneys for Plaintiffs
BRUCE WILLIAMS & A&D TOWING

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4830-7766-0437 v1

- 2 -

MOTION FOR RELIEF FROM SCHEDULE
CASE NO. C13-01261 DMR

1  Motion for Summary Judgment on Thursday, January 23, at 11:00 a.m. A joint case management
2  statement shall be filed by the parties one week prior to the Case Management Conference.

3  Further, pursuant to the "Commentary" accompanying Local Rules 7-2 and 7-3, the
4  parties agree and stipulate to an alternative briefing schedule on Defendant's Motion for
5  Summary Judgment. The briefing and hearing schedule agreed to and stipulated by the parties is
6  as follows:

- Friday, December 20, 2013: Plaintiff's Opposition to City's Motion for Summary Judgment due
- Thursday, January 9, 2014: Defendant's Reply to Plaintiff's Opposition due
- Thursday, January 23, 2014, 11:00 a.m.: Hearing on City's Motion for Summary Judgment

The parties agree that the hearing date on City's Motion for Summary Judgment may only be continued by the City, by stipulation of the parties, or *sua sponte* action by the court. Plaintiffs shall be permitted to motion this Court for a continuation of the hearing date on the City's Motion for Summary Judgment.

So stipulated:

Dated: August ____, 2013        BURKE, WILLIAMS & SORENSEN, LLP

                                By: _____
                                J. Leah Castella
                                Chad W. Herrington
                                Attorneys for Defendant
                                CITY OF RICHMOND

Dated: June 18, 2013

                                By: _____
                                Scott E. Jenny
                                Howard Mencher
                                Attorneys for Plaintiffs
                                BRUCE WILLIAMS & A&D TOWING

BURKE, WILLIAMS & SORENSEN, LLP
Attorneys At Law
Oakland

- 2 -
OAK #4830-7766-0437 v1

MOTION FOR RELIEF FROM SCHEDULE
CASE NO. C13-01261 DMR

## [~~PROPOSED~~] ORDER

Having reviewed the parties' Stipulation to Continue Case Management Conference and Set Alternative Briefing Schedule on Motion for Summary Judgment, and good cause appearing,

IT IS HEREBY ORDERED, that the parties' stipulation and request for an order continuing the Case Management Conference, and stipulation to an alternative briefing schedule for Defendant's Motion for Summary Judgment is GRANTED.

The following is the revised hearing and briefing schedule:

- Friday, December 20, 2013:  Plaintiff's Opposition to City's Motion for Summary Judgment due
- Thursday, January 9, 2014:  Defendant's Reply to Plaintiff's Opposition due
- Thursday, January 16, 2014:  Joint Case Management Statement due
- Thursday, January 23, 2014, 11:00 a.m.:  Hearing on City's Motion for Summary Judgment

The hearing date on City's Motion for Summary Judgment may only be continued by the City, by stipulation by the parties, or *sua sponte* action by this Court.  Plaintiffs shall be permitted to motion this Court for a continuation of the hearing date on the City's Motion for Summary Judgment.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Donna M. Ryu
United States Magistrate Judge