1   J. Leah Castella, (SBN 205990)
    E-mail: lcastella@bwslaw.com
2   Chad W. Herrington, (SBN 267269)
    E-mail: cherrington@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    1901 Harrison Street, Suite 900
4   Oakland, CA  94612-3501
    Tel:  510.273.8780   Fax:  510.839.9104

5

6   Bruce Reed Goodmiller (SBN 121491)
    Email:  bruce_goodmiller@ci.richmond.ca.us
7   Shannon L. Moore (SBN 243634)
    Email: shannon_moore@ci.richmond.ca.us
8   City of Richmond, City Attorney's Office
    450 Civic Center Plaza
9   Richmond, CA 94804
    Tel: 510.620.6509   Fax: 510.620.6518

10  Attorneys for Defendant
    CITY OF RICHMOND

11

12                UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

| 15 | BRUCE WILLIAMS; and A&D TOWING, | Case No.  C 13-01261 DMR |
|---|---|---|
| 16 | | **STIPULATION AND [PROPOSED]** |
| 17 | Plaintiffs, | **ORDER TO CONTINUE CASE** |
| | | **MANAGEMENT CONFERENCE AND SET** |
| 18 | v. | **ALTERNATIVE BRIEFING SCHEDULE** |
| | | **ON MOTION FOR SUMMARY** |
| 19 | CITY OF RICHMOND; and ROES 1 through 20, | **JUDGMENT** |
| 20 | Defendants. | |

21

22       Pursuant to Local Rule 16-2(e), Defendant City of Richmond ("City") and Plaintiffs Bruce

23   Williams and A&D Towing (collectively "Plaintiffs") hereby stipulate to and request an order

24   from this Court continuing the parties' Case Management Conference.

25       The parties have agreed to a hearing date of Thursday, January 23, 2014, at 11:00 a.m. for

26   the City's previously filed Motion for Summary Judgment.  Currently, a Case Management

27   Conference in this matter is set for October 30, 2013.  The parties stipulate and agree, and request

28   that this Court continue the Case Manage Conference to coincide with the hearing on the Motion

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4830-7766-0437 v1         - 1 -      MOTION FOR RELIEF FROM SCHEDULE
                                           CASE NO. C13-01261 DMR

1    for Summary Judgment on Thursday, January 23, 2014, at 11:00 a.m.  A joint case management

2    statement shall be filed by the parties one week prior to the Case Management Conference.

3         Further, pursuant to the "Commentary" accompanying Local Rules 7-2 and 7-3, the

4    parties agree and stipulate to an alternative briefing schedule on Defendant's Motion for

5    Summary Judgment.  The briefing and hearing schedule agreed to and stipulated by the parties is

6    as follows:

7    • Friday, December 20, 2013:  Plaintiff's Opposition to City's Motion for Summary

8      Judgment due

9    • Thursday, January 9, 2014:  Defendant's Reply to Plaintiff's Opposition due

10   • Thursday, January 23, 2014, 11:00 a.m.:  Hearing on City's Motion for Summary

11     Judgment

12   The parties agree that the hearing date on City's Motion for Summary Judgment may only be

13   continued by the City, by stipulation of the parties, or *sua sponte* action by the court.  Plaintiffs

14   shall be permitted to motion this Court for a continuation of the hearing date on the City's Motion

15   for Summary Judgment.

16   So stipulated:

17   Dated: August __8__, 2013                    BURKE, WILLIAMS & SORENSEN, LLP

18

19                                                By: _____

20                                                   J. Leah Castella
                                                   Chad W. Herrington
21                                                 Attorneys for Defendant
                                                   CITY OF RICHMOND

22   Dated: August ____, 2013

23

24                                                By: _____

                                                   Scott E. Jenny
25                                                 Howard Mencher
                                                   Attorneys for Plaintiffs
26                                                 BRUCE WILLIAMS & A&D TOWING

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4830-7766-0437 v1                    - 2 -          MOTION FOR RELIEF FROM SCHEDULE
                                                         CASE NO. C13-01261 DMR

1  Motion for Summary Judgment on Thursday, January 23, at 11:00 a.m.  A joint case management

2  statement shall be filed by the parties one week prior to the Case Management Conference.

3         Further, pursuant to the "Commentary" accompanying Local Rules 7-2 and 7-3, the

4  parties agree and stipulate to an alternative briefing schedule on Defendant's Motion for

5  Summary Judgment.  The briefing and hearing schedule agreed to and stipulated by the parties is

6  as follows:

7  • Friday, December 20, 2013: Plaintiff's Opposition to City's Motion for Summary

8     Judgment due

9  • Thursday, January 9, 2014: Defendant's Reply to Plaintiff's Opposition due

10 • Thursday, January 23, 2014, 11:00 a.m.: Hearing on City's Motion for Summary

11    Judgment

12 The parties agree that the hearing date on City's Motion for Summary Judgment may only be

13 continued by the City, by stipulation of the parties, or *sua sponte* action by the court.  Plaintiffs

14 shall be permitted to motion this Court for a continuation of the hearing date on the City's Motion

15 for Summary Judgment.

16 So stipulated:

17

18 Dated: August ____, 2013                    BURKE, WILLIAMS & SORENSEN, LLP

19

20                                             By: _____
                                                  J. Leah Castella
21                                                Chad W. Herrington
                                                  Attorneys for Defendant
22                                                CITY OF RICHMOND

23 Dated: June 18, 2013

24                                             By: _____
                                                  Scott E. Jenny
25                                                Howard Mencher
                                                  Attorneys for Plaintiffs
26                                                BRUCE WILLIAMS & A&D TOWING

27

28

- 2 -
OAK #4830-
7766-0437 v1

MOTION FOR RELIEF FROM SCHEDULE
CASE NO. C13-01261 DMR

1    [~~PROPOSED~~] ORDER

2         Having reviewed the parties' Stipulation to Continue Case Management Conference and

3    Set Alternative Briefing Schedule on Motion for Summary Judgment, and good cause appearing,

4         IT IS HEREBY ORDERED, that the parties' stipulation and request for an order

5    continuing the Case Management Conference, and stipulation to an alternative briefing schedule

6    for Defendant's Motion for Summary Judgment is GRANTED.

7         The following is the revised hearing and briefing schedule:

8    •    Friday, December 20, 2013:  Plaintiff's Opposition to City's Motion for Summary

9         Judgment due

10   •    Thursday, January 9, 2014:  Defendant's Reply to Plaintiff's Opposition due

11   •    Thursday, January 16, 2014:  Joint Case Management Statement due

12   •    Thursday, January 23, 2014, 11:00 a.m.:  Hearing on City's Motion for Summary

13        Judgment

14   The hearing date on City's Motion for Summary Judgment may only be continued by the City, by

15   stipulation by the parties, or *sua sponte* action by this Court.  Plaintiffs shall be permitted to

16   motion this Court for a continuation of the hearing date on the City's Motion for Summary

17   Judgment.

18

19   PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21   _____

22   Donna M. Ryu
     United States Magistrate Judge

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4830-7766-0437 v1                    - 3 -              MOTION FOR RELIEF FROM SCHEDULE
                                                            CASE NO. C13-01261 DMR